# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON, | Case No. 1:18-cv-00361-DAD-EPG-HC |
| Petitioner, | ORDER DENYING PETITIONER'S EMERGENCY MOTION AND MOTION TO EXPEDITE PROCEEDINGS |
| v. | |
| WILLIAM J. SULLIVAN, | (ECF No. 12) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 18, 2018, Petitioner filed the instant emergency motion and motion to expedite proceedings in the instant case on the basis that Petitioner has already served the statutorily prescribed maximum punishment. (ECF No. 12).

The Court does not have an expedited calendar. The Court is aware of Petitioner's pending petition and is awaiting Respondent's response to the petition. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible. Nevertheless, the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

///
///
///

1

Accordingly, IT IS HEREBY ORDERED that Petitioner's emergency motion and motion to expedite proceedings is DENIED.

IT IS SO ORDERED.

Dated: **May 21, 2018**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE