UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON, <br> Petitioner, <br> v. <br> WILLIAM J. SULLIVAN, <br> Respondent. | No. 1:18-cv-00361-DAD-EPG (HC) <br><br> ORDER DENYING PETITIONER'S SECOND MOTION FOR RECONSIDERATION <br><br> (Doc. No. 49) |

Petitioner Vester L. Patterson is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 15, 2019, petitioner filed a motion for reconsideration and/or to alter judgment with respect to this court's March 29, 2019 order adopting the assigned magistrate judge's findings and recommendations, granting respondent's motion to dismiss, and dismissing the petition for writ of habeas corpus. (Doc. No. 47.) On May 8, 2019, the court denied the motion for reconsideration. (Doc. No. 48.)

On June 4, 2019, petitioner filed a second motion for reconsideration and/or to alter judgment. (Doc. No. 49.) The Federal Rules of Civil Procedure do not authorize successive motions for reconsideration or successive motions to alter or amend judgment. Petitioner's motion also lacks merit, as it simply repeats previous meritless arguments. Petitioner's second motion for reconsideration will therefore be denied.

1

Accordingly:

1. Petitioner's second motion for reconsideration filed June 4, 2019 (Doc. No. 49) is denied; and
2. No further motions for reconsideration shall be filed or entertained in this closed case.

IT IS SO ORDERED.

Dated: **June 5, 2019**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE